FILED by __MB__ D.C.
ELECTRONIC

**July 17, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTHERN DISTRICT OF FLORIDA
# 09-81050-Civ-MARRA/JOHNSON

ANDREA LIEBERMAN,
individually and on behalf of all others
similarly situated,

   Plaintiffs,

v.

UNITED HEALTHCARE INSURANCE CO.

   Defendants.

:
:
:
:
:
:
:
:
:
:
:
:

**CLASS ACTION COMPLAINT**

**JURY TRIAL FOR ALL
CLAIMS SO TRIABLE**

  Plaintiff, Andrea Lieberman ("Lieberman" or "Plaintiff"), for her Class Action Complaint ("Complaint") against United Healthcare Insurance Co. ("UHC"), alleges upon personal knowledge as to herself and her own acts, and upon information and belief as to all other matters, based upon, *inter alia*, the investigation made by and through her attorneys, as follows:

## SUMMARY OF CLASS ACTION CLAIMS

  1. Plaintiff Lieberman brings this case as a proposed class action, alleging violations of the Employee Retirement Insurance Security Act of 1974 ("ERISA") and seeking declaratory relief pursuant to Title 28 U.S.C. § 2201. As a member in a fully-insured group plan insured and administered by UHC, she has been harmed by underpayments from UHC for services provided by out-of-network providers. Those underpayments are pervasive and result from unfair and deceptive systematic policies and procedures used by UHC affecting millions of members every year.

  2. Unlike other actions which have been brought against UHC relating to improper reimbursements to out of network providers based on UHC's use of Ingenix or information

relative to the calculation of usual, customary and reasonable (UCR) charges, this action is limited to the language in the policy plan relating to the definition of eligible expenses for out-of-network or non-participating ("OON" or "Non-par")and does not pertain to UCR determinations.(the policy language at issue is set forth in paragraph 28 below).

3.    UHC members and dependents (hereinafter "members") pay an increased premium for the right to select and use OON or Non-Par providers for Healthcare services.

4.    The plan subscribed to by Lieberman was a United HealthCare Choice Plus family group point of service ("POS") plan that permitted subscribers to receive health services from out-of-network providers.  Lieberman paid a premium increase for this plan in order not to be limited to using an HMO provider panel.  A copy of the plan is attached as Exhibit "A."

5.    UHC contractually promised to reimburse members for Non-par provider services.  UHC gave itself unfettered discretion to use a vague and discretionary pricing system which included:  negotiating fees with providers;  allowing a percentage of published Medicare rates for same or similar service; allowing 50% of the billed charge; or using a fee schedule that UHC would develop.

6.    This laundry list of options is misleading and provides no meaningful information to Plaintiff and UHC's members and no advance notice of how a particular procedure would be priced.

7.    This list of options also allows UHC unfettered unilaterally discretion to price the same procedure differently for similarly situated members.

8.    These pricing options are collectively referred to herein as "Discretionary Pricing Methods."

9. UHC's Discretionary Pricing Methods schedule for calculating reimbursement rates is deceptive, misleading, arbitrary, illusory, unlimited, unpredictable, and allows for inconsistent reimbursements, in violation of ERISA and UHC's fiduciary obligations.

10. UHC's Discretionary Pricing Methods prevent members from discerning anticipated medical costs and reimbursements, in violation of ERISA and UHC's fiduciary obligations.

11. UHC's Discretionary Pricing Methods does not disclose which method of reimbursement UHC will use, in violation of ERISA and UHC's fiduciary obligations.

12. UHC's Discretionary Pricing Methods was specifically designed to vest total discretion to UHC to arbitrarily and unilaterally determine benefits and prevent members from adequately understanding and/or challenging or otherwise appealing UHC's reimbursement amounts, in violation of ERISA and UHC's fiduciary obligations.

13. UHC's Discretionary Pricing Methods fail to consider provider-specific, patient-specific, and procedure-specific factors affecting proper reimbursement.

14. UHC's Non-par Discretionary Pricing Methods violates and continues to violate federal law as set forth in this complaint.

## SUMMARY OF RELIEF SOUGHT

15. UHC breached the terms of its health plans and should provide redress, including paying all underpaid claims with interest.

16. Plaintiff and the members of the class also seek appropriate declaratory pursuant to 28 U.S.C. §2201, and legal relief to remedy UHC's violations of federal law.

## JURISDICTION AND VENUE

**ERISA and Breach of Contract Claims**

17.    Subject matter jurisdiction exists under § 502 of ERISA, 29 U.S.C. § 1132; 28 U.S.C. § 1331 (Federal Question Jurisdiction); and 28 U.S.C. §2201.  Plaintiff seeks to represent all similarly situated members as set forth in the Class definitions stated in this Complaint.

18.    Venue is appropriately established in this District under the applicable federal venue statute, 28 U.S.C. § 1391, because UHC conducts a substantial amount of business in this District.

## THE PARTIES

**Plaintiffs**

19.    Plaintiff Andrea Lieberman,, her sixteen (16) year old daughter Devora Lieberman ("Devora") and Plaintiff's family reside in Boca Raton, Florida.  The Liebermans have Healthcare insurance with UHC..  Lieberman's family, including her daughter, Devora, were participants (collectively "subscriber(s)" or "member(s)") covered under an employee benefit plan, United Healthcare Choice Plus, through Lieberman's employer, Donna Klein Jewish Academy.  The selected plan permitted the Liebermans to obtain Healthcare services from Non-par providers and to be reimbursed under the point of service ("POS") plan.

**Defendants**

20.    Defendant UHC, is an insurance company incorporated in Delaware with its principal place of business in Minnetonka, Minnesota.

21.    United HealthCare Choice Plus is offered and underwritten by UHC that offers coverage in Florida, New Jersey, and numerous other states.

## PLAINTIFF'S HEALTH INSURANCE WITH UNITED HEALTHCARE

### Coverage

22.     Lieberman selected the United Healthcare Medical POS family plan through her employer.

23.     The Liebermans' enrollment in the UHC POS health group plan coverage was paid through bi-monthly payroll deductions of $488.49. each.

24.     The plan was drafted in its entirety by UHC. The Liebermans chose to pay a higher premium precisely because they wanted the option to choose Non-par providers, which is not generally available in non-emergencies under UHC's HMO plans.

25.     The Liebermans were unable to negotiate the terms of the plan, nor how reimbursements would be calculated under the plan.

26.     UHC in bold face on page 5 of the policy establishes a Maximum Policy Benefit for Non-Network Benefits of $1,000,000 per covered person.

27.     UHC in bold face on page 5 of the Policy states that the Out of Pocket Maximum for Non-Network Payments if $2,500.00 per covered person per calendar year.

28.     Not surprisingly, on page 85 of the Policy under the Glossary of Defined Terms UHC seeks to taketh that which they have giveth. Eligible expenses for Non-Network Benefits are defined as:

- When Covered Health Services are received from non-Network providers, Eligible Expenses are determined, at our discretion, based on:

    - Fee(s) that are negotiated with the provider.

    - A percentage of the published rates allowed by Medicare for the same or similar service.

- 50% of the billed charge.

- A fee schedule that we develop."

Utilizing the last factor to determine eligible expenses it is arguable that UHC could unilaterally decide to pay nothing to Non-Network Providers of it decided.

29.     Pursuant to the definition of eligible expense for Non-Network Benefits under the Policy, the promise of a $2,500.00 Maximum annual out of pocket expense to the insured is a sham. In this case Plaintiff had to pay $9,000.00 in our of pocket expenses.

30.     Pursuant to the definition of eligible expenses for Non-Network Benefits under the Policy, the promise of a $1,000,000.00 Maximum Policy Benefit for Non-Network services is illusory as an insured would arguably be forced to incur $10,000,00.00 in actual expenses before exhausting the maximum benefits assuming an extrapolation of bills as exists in this case.

31.     Given UHC's deceptive promises it is fortunate for the subscriber that in defining eligible expenses, UHC failed to state that it would pay the lesser of the four (4) factors used to determine eligible expenses, thereby obligating UHC to pay at a minimum, the greater of the four (4) factors. UHC has continually failed to pay the greater of the four (4) factors.

32.     In fact, UHC systematically seeks the lowest reimbursement rate under the four (4) factors used to determine eligible expenses.

33.     The Certificate of Coverage ("COC"):set no standards or contractual constraints for Non-par reimbursement, impermissibly empowering UHC with the unilaterally discretion to choose or create any reimbursement methodology.

34.     UHC's COC defines Non-Network Benefits as "[b]enefits for Covered Health Services that are provided by a non-Network Physician or other non-Network provider, or Covered Health Services that are provided at a non-Network facility."

35.     The COC establishes a procedure by which UHC may contest or deny a Non-par provider service claim:  "[i]f we contest a claim or a portion of a claim, you or your assignees will be notified, in writing, that the claim is contested or denied, within 20 days after we receive the claim.  The notice that a claim is contested will identify the contested portion of the claim and the reasons for contesting the claim."

36.     The COC establishes an appeal procedure under "Section 6:  Questions, Complaints, Appeals."  As part of the complaint procedure a written complaint will be reviewed by an appointed "committee to resolve or recommend the resolution of the complaint."

## HEALTHCARE SERVICES RECEIVED

37.     While visiting relatives in New York, Dr. Rudy A. Segna diagnosed the Libermans' 16 year old daughter as having a large ovarian cyst, which required emergent surgery due to an increased risk for torsion and possible loss of an ovary if she attempted to return to Florida without treatment.

38.     On July 30, 2007, United Healthcare was notified that Devora would be receiving outpatient treatment at a participating hospital by Dr. Segna, a Non-par physician.

39.     By letter dated July 31, 2007, to the Liebermans (with copy to Dr. Segna), UHC confirmed that notice as to the treatment was received by UHC on July 30, 2007.  The letter further confirmed that "you have met the notification requirement and no further action is needed at this time."  A copy of this letter is attached as Exhibit "B."

40.     On August 6, 2007, Devora underwent the necessary surgical procedure, a laparoscopic, ovarian preserving cystectomy, at Mount Sinai Medical Center, performed by Dr. Segna. This surgery performed by Dr. Segna succeeded in saving Devora's ovaries and preserved her ability to have children.

## UHC EXPLANATION OF BENEFITS

41.     On September 10, 2007, the Liebermans received an Explanation of Benefits ("EOB") from UHC reflecting reimbursement information for Dr. Segna's services for Devora's ovarian surgery.   A copy of the EOB is attached as Exhibit "C."   The EOB provided the following information:

|                    |             |
|--------------------|-------------|
| Amount charged:    | $10,000.00  |
| Not Covered:       | $9,203.95   |
| Amount Allowed:    | $796.05     |
| Copay/Deductible:  | $500.00     |
| Plan Covers:       | 80%         |
| Benefit Available: | $236.84     |
| Plan Pays:         | $236.84     |
| Patient Pays:      | $9763.16    |

(including $500 deductible, $9203.95 not covered and 20% coinsurance)

42.     The EOB remark stated:

A non network Healthcare provider or facility provided these services.   Your claim has been paid based on your benefit plan, which uses benchmarks established by the Federal Government, including rates and methodologies used by the Medicare Program.   You are responsible for paying the amount in the not covered column.   The not covered amount does not apply to your out of pocket maximum.

43.     In its EOB, UHC represented that it was paying Dr. Segna's $10,000.00 bill based on "benchmarks established by the Federal Government, including rates and methodologies used by the Medicare Program."

44.     UHC did not explain why the allowed amount ($796.05) was so low - - only 8% of the provider's billed charge - - or why it had chosen to use whatever methodology or "benchmarks" it in fact used.   The EOB does not expressly say whether UHC used (or did not use) a Medicare fee scheduled to allow only $796.05, leaving the Liebermans liable for such an overwhelming share of the bill.   Once the deductible and coinsurance share are factored in, UHC paid only $236.84 while the Lieberman's were responsible for $9,763.16 (noted as "patient pays"

on the EOB).

45.     UHC's payment of less than 3% of a surgeon's bill qualifies as a discount, at best, not insurance.

46.     As a direct result of the illusory coverage provisions in the COC, UHC provided virtually no coverage for the payment of the services of Devora's surgeon.

## APPEALS HISTORY

47.     On October 10, 2007, the Liebermans appealed UHC's decision and requested "additional payment consideration," stating that "Devora was treated at a participating UHC facility" and that the "emergent situation required service in New York and did not allow travel." A copy of the appeal is attached as Exhibit "D."

48.     On October 19, 2007, UHC confirmed receipt of Liebermans' appeal.

49.     On November 12, 2007, UHC's "Resolving Analyst" issued an adverse benefit decision (hereinafter "ABD") denying Lieberman's appeal stating: "this service(s) is not eligible for payment as you requested…[y]ou are responsible for all costs related to this service(s)." UHC further stated, "professional fees for surgical and medical services when provided by a non-network provider is payable at 80% of eligible expenses after a $500 deductible per covered person." Finally, UHC claimed that its "records indicate our Care Coordination department did receive notification for this service(s) [but] they did not approve at the in-network benefit level." A copy of the ABD is attached as Exhibit "E."

50.     On January 6, 2008 Lieberman requested a second level review appeal reiterating that "[i]t was determined that emergency surgery was needed" for Devora.  A copy of the second level review request I attached as Exhibit "F."

51.     On January 14, 2008, UHC issued a second ABD stating:  "this service(s) is not

eligible for payment as you requested" and the member is "responsible for all costs." UHC indicated that the appeal was reviewed by an "Appeal Committee" consisting of two unidentified "Central Escalation Unit Resolving Analysts", whose names, training and experience were not disclosed. A copy of the second ABD is attached as Exhibit "G."

52.     In its second ABD, on January 14, 2008, UHC claimed for the first time that its basis for denying the Liebermans' appeal was because it "was a scheduled procedure, it is not covered according to [the member's] emergency health service benefits."

53.     The January 14, 2008 ABD, further stated for the first time that: "[a]lthough this service(s) was received at a facility which participates with your United Healthcare Medical Insurance Plan, the member was "able to chose [sic] the admitting physician/surgeon and verify this provider's status prior to receiving the service(s)."

54.     The January 14, 2008 ABD also asserted that UHC could not conclude that a participating provider was unavailable.

55.     UHC concluded that its "decision to deny coverage for this service(s) is therefore unchanged", "this determination is a final level of appeal" and that the member is "responsible for costs related to this service(s)."

56.     The Liebermans submitted an additional letter, and on January 30, 2008, UHC reaffirmed it prior denial, stating "[w]e previously reviewed this coverage decision, and sent you a letter explaining our decision."

57.     In issuing the ABD to the Liebermans, UHC improperly ignored its own policy defining a non-network benefit as a service rendered by a Non-par provider.

58.     In the Lieberman's case and that of similarly situated class members, the Non-par reimbursement under UHC's policy, would have resulted in higher reimbursement.

59.     UHC's Explanation of Benefits ("EOBs") are deficient as they do not explain why a particular rate was arrived at or why it is justified under the member's COC.

60.     Under UHC's plan the language is susceptible to four different unlimited methods of reimbursement. As a fiduciary UHC is required to make disclosure to enable the insured to understand his or her plan. Additionally, as a fiduciary, UHC is required to act in the interest of its beneficiaries. In any respect in which UHC failed to perform as a faithful fiduciary, it must pay any unpaid amounts up to the billed charge, including interest.

61.     The Lieberman's COC and Summary Plan Description (SPD) did not adequately disclose these reimbursement policies and protocols to Plaintiff, as required by ERISA and applicable federal law.

62.     The EOBs, Benefit Statements, ABDs and appeal letters, sent to the Liebermans, did not comply with UHC's obligations as a fiduciary under ERISA, and was not in compliance with the Liebermans' plan.

63.     UHC's EOB does not say how it calculated the Liebermans' reimbursement rate or the methodology used in setting the reimbursement rates.

64.     UHC represented to its potential and actual subscribers in the COC under that its "Choice Plus" plan establishes a "Maximum Policy Benefit" for "Non-Network Benefits" coverage up to "$1,000,000 per Covered Person" for Non-Network services.

65.     UHC's Discretionary Pricing Methods mean that UHC will never, in any circumstance, have to pay anything close to a million dollars per covered person. The COC representations of coverage of up to $1 Million dollars for Non-par services, is misleading, and contradicted by UHC's actual Non-par reimbursement policies.

66.     UHC breached its legal, fiduciary, and contractual obligations to the Liebermans

because UHC gives itself virtually unfettered discretion in its misuse of its Discretionary Pricing Methods.

67.     Based on UHC's "Final Determination" Lieberman was left financially responsible for $9,763.16 of a $10,000.00 service. Payment of $236.84 on a billed charge of $10,000.00 is not insurance; it is a coupon.

68.     UHC's appeal decisions did not comply with ERISA.

69.     In light of the language of its plan and the procedure by which the appeals were reviewed, Lieberman's appeals were futile and she was denied the opportunity for an effective or fair opportunity to challenge the denial.

70.     UHC did not act in the best interests of its insured, it breached its fiduciary obligations and acted in its own economic self interest.

71.     Non-par providers (such as Dr. Segna) are entitled to receive full payment of their billed charges and are not compelled to accept payments from UHC that are less than their actual charges for the services they provide. Only in-network providers are contractually obligated to accept UHC's discounted fees as payment in full.

72.     UHC 'S EOB statements did not provide critical information about its reimbursement methodology, the potential reimbursement available under the alternative Discretionary Pricing Methods, how it determined the amount of Lieberman's liability as reflected in the EOB, or any other required information necessary to understand the basis for UHC's determination.

## UHC PRICING METHODS USED TO REDUCE PAYMENTS TO NON-PAR PROVIDERS

73.     Defendant's Discretionary Pricing Method is deceptive and unfairly deprives

members of information necessary to understand and plan for the anticipated cost of treatment.

74.     UHC does not disclose to its members why it selects one of the Discretionary Pricing Methods over another or the rates potentially reimbursed under each of the Discretionary Pricing Methods.

75.     UHC's purpose in using its Discretionary Pricing Methods is to provide it with the option of providing the lowest reimbursement rate possible to the detriment of the interests of its members and in violation of ERISA and its fiduciary obligations.

## DISCRIMINATORY IMPACT ON THE CLASS

76.     UHC's Discretionary Pricing Methods result in inconsistent, arbitrary, and unequal reimbursement to members across the group.

77.     UHC's Discretionary Pricing Methods provide illusory reimbursement rates to the members as a whole, resulting in unequal treatment of the members in violation of ERISA and its fiduciary obligations to its members.

78.     UHC does not disclose to its members the circumstances under which it uses one pricing method over another.

79.     UHC'S Discretionary Pricing Methods means that class members receive different and inconsistent reimbursement rates for the same service, depending solely on which reimbursement method is used to process a claim.

80.     The inconsistent Discretionary Pricing Methods operate system wide, including both in initial determinations and on appeal.

## UHC'S FAILURE TO DISCLOSE

81.     By using Discretionary Pricing Methods UHC acts in ways that are not transparent, and are not known to the Plaintiff and Class Members.

82. UHC fails to provide its members with material information regarding their Discretionary Pricing Methods, and violates and continues to violate, its legal and fiduciary obligations to Plaintiff and Class members..

83. UHC's lack of disclosure and misrepresentations violate ERISA and non-ERISA plans.

84. By failing to give members an explanation of its Discretionary Pricing Methods, UHC fails to provide the "full and fair review" required by ERISA.

85. UHC violated various fiduciary, statutory and common law duties to Plaintiff and Class members by not providing them with the underlying data on which it purportedly relied to deny benefits, and by failing to make decisions untainted by its self-interest.

86. ERISA fiduciaries must ensure that the documentation provided to their members is complete and accurate with regard to the payment of benefits, including preparing a SPD, which is intended to alert members as to benefit payment for both in-network and out-of-network providers.

87. UHC violated the SPD regulations by failing to set forth required information about its Discretionary Pricing Methods in its SPDs.

88. Plaintiff seeks unpaid benefit amounts, and declaratory and legal relief for the conduct described herein, on her own behalf and on behalf of Class members, as defined herein.

## CLASS ACTION ALLEGATIONS

89. Plaintiff Lieberman brings this class action on behalf of an "ERISA Class," defined as:

> All persons in the United States who are, or were, within six years of the filing of this complaint through the date set by the Court as the outside class date, ("class period") members in group Healthcare plans insured or administered by UHC subject to ERISA who received medical services (including hospital,

14

ambulance, physician, mental health, pharmaceutical, or any other type of medical services or supplies) from a Non-par provider for which UHC (or anyone acting on behalf of UHC) allowed less than the provider's billed charge.

## COMMON CLASS CLAIMS, ISSUES, AND DEFENSES

90. The following common class claims, issues and defenses are subject to class treatment:

(1)     Whether UHC's use of its Discretionary Pricing Methods to Non-par reimbursement violates ERISA;

(2)     Whether Class members (including those who assigned claims) may recover unpaid benefits and how these unpaid benefits may be calculated;

(3)     Whether interest should be added to the payment of unpaid benefits under ERISA;

(4)     Whether the claim for failure to provide accurate Summary Plan Descriptions ("SPDs") and other information upon request entitles Class members to equitable or other relief;

(5)     Whether UHC's claims review procedures comply with ERISA;

(6)     The standard of review applicable to UHC's adverse benefit determinations;

(7)     The identity and scope of UHC's plans subject to the allegations in the Complaint;

(8)     Whether the contractual terms of the relevant plans authorize UHC's Discretionary Pricing Methods or not;

(9)     Whether UHC violated its fiduciary duties owed to its Members when it made its Non-par reimbursement decisions based on its Discretionary Pricing Methods or otherwise engaged in the conduct alleged in the complaint;

(10)     Whether UHC's failure to properly disclose the specific reason for its Discretionary Pricing Methods in its Explanation of Benefits ("EOBs") as well as failure to disclose material information violated ERISA;

(11)     Whether UHC should be obligated to pay the greater of the

four (4) factors alleged in paragraph 27, above, due to the confusing, unfair, and deceptive methods set forth therein, and the failure to include a provision in the plan that would allow UHC to pay the lesser of such;

(12) What the applicable statute of limitations periods are for the claims of Class members;

(13) Whether UHC must pay interest (a) when claims were not timely paid and (b) when reimbursement was increased on appeal, under ERISA or the common law; and

(14) The appropriate damages to be awarded for UHC's conduct that violated legal and/or fiduciary standards.

## THE CLASS SATISFIES LEGAL REQUIREMENTS

91. The members of the Class are so numerous that joinder of all members is impracticable. Upon information and belief, UHC insures millions of members nationwide including thousands in New Jersey and Florida. The precise number of members in the Class are within UHC's custody and control. Based on reasonable estimates, the numerosity requirement of Rule 23 is easily satisfied for the Class.

92. Plaintiff's claims are typical of the claims of Class members because, as a result of the conduct alleged herein, UHC breached its statutory, contractual and fiduciary obligations to Plaintiff and the members of the Class through and by a uniform pattern or practices as described herein.

93. The requirements for proving a claim for benefits under ERISA will also serve to satisfy proof for a claim for breach of fiduciary duty, such that Lieberman is an adequate and appropriate class representative for both claims.

94. Plaintiff will fairly and adequately protect the interests of the members of the Class, is committed to the vigorous prosecution of this action, has retained counsel competent and experienced in class action litigation and has no interests antagonistic to or in conflict with those of the Class. For these reasons, Plaintiff is an adequate Class representative.

95.     The prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications which could establish incompatible standards of conduct for UHC.

96.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy because joinder of all members of the Class is impracticable. Further, because the unpaid benefits and damages suffered by individual Class members may be relatively small (although significant as to each of them), the expense and burden of individual litigation make it impossible for the Class members individually to redress the harm done to them.  Given the uniform policy and practices at issue, there will also be no difficulty in the management of this litigation as a class action.

97.     UHC failed to comply with the terms of Plaintiff's and Class members' health plans by systematically and typically using Discretionary Pricing Methods that have underpaid benefits, in part by making ambiguous, opaque and undefined adverse benefit determinations.

98.     All conditions precedent to the actions have occurred, been satisfied or waived.

## COUNT I

### BREACH OF PLAN PROVISIONS FOR BENEFITS IN VIOLATION OF ERISA § 502(A)(1)(B)

99.     The allegations in paragraphs 1 through 98, above, are reasserted and incorporated by reference as if fully set forth herein.

100.    During the Class Period, UHC breached its plan provisions for benefits by underpaying for services rendered by Non-par providers in ERISA governed Healthcare plans to Plaintiff and class members in violation of § 502(a)(1)(B) of ERISA, 29 U.S.C. § 1132(a)(1)(B).

101.    As alleged herein UHC's breaches included use of Discretionary Pricing Methods to calculate Non-par reimbursement to members.

102. Under the terms of the health plans of Plaintiff and Class members, UHC exercises discretion in managing and administering benefits and control of plan assets and acts as a fiduciary.

103. In certain self insured plans which are sometimes designated Administrative Services Only or "ASO," UHC makes the final decision on benefit appeals and/or has been given authority, responsibility, judgment, and discretion (hereinafter "discretion") or acts as a functional fiduciary with regard to benefits.

104. Where UHC acts as a fiduciary or performs discretionary benefit determinations or otherwise exercises discretion, or renders final benefit appeals, UHC is liable for underpaid benefits to Plaintiff and members of the class in both fully insured and ASO ERISA health plans.

105. Pursuant to 29 U.S.C. § 1132(a)(1)(B), Plaintiff and the members of the Class are entitled to recovery for unpaid benefits and interest as well as and declaratory relief relating to UHC's violation of the terms of its Healthcare plans.

## COUNT II

### DECLARATORY RELIEF FOR ERISA VIOLATIONS

106. The allegations of paragraphs 1 through 98, above, are reasserted and incorporated by reference as if fully set forth herein.

107. Under federal law, Plaintiff and Class members are entitled to receive protections under ERISA with respect to the implementation of their group Healthcare plans, including (a) a "full and fair review" of all claims denied by UHC; (b) compliance by UHC with ERISA claims procedure regulations; and (c) receipt of accurate materials summarizing such group health plans, known as Summary Plan Descriptions materials under §102 of ERISA, 29 U.S.C. § 1022.

108. Any time UHC deprived members of "full and fair review" or proper compliance with ERISA claims procedure regulations, it violated § 502(a)(3) of ERISA, 29 U.S.C. § 1132(a)(3).

109. Although UHC was obligated to do so, it failed to provide a "full and fair review" of denied claims pursuant to § 503 of ERISA, 29 U.S.C. § 1133, and its implementing regulations, *inter alia*, by failing to disclose the "specific reasons" for benefit denials, failing to disclose data and/or the methodology used to determine Non-par provider reimbursement, and failing to comply with appeal procedures imposed by ERISA and the federal common law.

110. Applicable federal claims procedure regulations set forth minimum standards for claim procedures, appeals, notice to members and the like. By engaging in the conduct described herein including, but not limited to, making Non-par benefit determinations based upon illusory Discretionary Pricing Methods, by failing to give required notice to members, and by failing to disclose data and/or methodology it used to determine Non-par reimbursements, UHC failed to comply with such regulations.

111. UHC's failure to comply with such regulations (and federal common law), mean that UHC failed to provide reasonable claims procedures and failed to make required disclosures to Plaintiff and Class members.

112. Lieberman exhausted all administrative remedies, but any further appeals would have been futile. Accordingly, given the results of Lieberman appeals and UHC's improper conduct alleged herein, all Class members should be deemed to have exhausted such remedies as they would be futile.

113. UHC's failure to supply accurate SPDs and accurate information is redressable under § 502(c) of ERISA, 29 U.S.C. § 1132(c).

114.    UHC's failure to disclose material information about its Discretionary Pricing Methods is a violation of federal common law, which obligates UHC, as a fiduciary, to provide material information to members.

115.    Plaintiff and Class members have been harmed by UHC's failure to provide a "full and fair review" of appeals submitted by Plaintiffs and Class members under § 503 of ERISA, 29 U.S.C. § 1133, by UHC's failure to disclose information relevant to appeals or to comply with ERISA claims procedure regulations, in violation of ERISA and the federal common law, and by UHC's failure to provide accurate information, in violation of federal common law and § 102 of ERISA, 29 U.S.C. § 1022. Plaintiff and Class members are entitled to a declaration by this Court that UHC's actions as alleged herein are in violation of its duties and obligations of ERISA.

### COUNT III

**VIOLATION OF FIDUCIARY DUTIES OF LOYALTY AND
DUE CARE IN VIOLATION OF § 404 OF ERISA**

116.    The allegations of paragraphs 1 through 98, above, are reasserted and incorporated by reference as if fully set forth herein.

117.    During the Class Period, UHC acted and continues to act as a fiduciary to Plaintiff and Class members in connection with their health plans, as the term fiduciary is interpreted under § 3(21)(A) of ERISA, 29 U.S.C. § 1002(21)(A). At such times, UHC also acted and acts as a fiduciary for self-insured plans, including by deciding those members' benefits and final appeals.

118.    As a functional fiduciary under ERISA and as a claims fiduciary making final appeal decisions for self-insured plan members, UHC owes members in such plans a duty of care, defined as an obligation to act prudently, with the care, skill, prudence and diligence that a

prudent fiduciary would use in the conduct of an enterprise of like character. Further, fiduciaries must ensure that they are acting in accordance with the documents and instruments governing the plan, in accordance with § 404(a)(1)(B) and (D) of ERISA, 29 U.S.C. § 1104(a)(1)(B) and (D). In failing to act prudently, and in failing to act in accordance with the documents governing the plan, UHC violated its fiduciary duty of care.

119.    As a fiduciary of health plans under ERISA, UHC owed members a duty of loyalty, defined as an obligation to make decisions in the interest of members, and to avoid self-dealing or financial arrangements that benefit the fiduciary at the expense of members, in accordance with § 406 of ERISA, 29 U.S.C. § 1106. Thus, UHC cannot make benefit determinations for the purpose of saving money at the expense of its members.

120.    UHC has violated its fiduciary duties to Plaintiff and Class members by using the Discretionary Pricing Methods to reimburse for Non-par treatment at the lowest of the four possible factors, when the plan does not authorize them to do so or otherwise disclose this material fact. By failing to inform members that it calculates and reimburses eligible expenses for non-network providers at the lesser of the four factors previously listed, UHC breaches its fiduciary responsibility to its members and exposes them to greatly increased out of pocket costs.

121.    In relying on the Discretionary Pricing Methods and applying reductions based upon systems that were not properly disclosed to members in their plan documents, UHC violated its fiduciary obligations to Plaintiff and Class members.

122.    Plaintiff and Class members are entitled to assert a claim for relief for UHC's violation of its fiduciary duties under § 502(a)(3) of ERISA, 29 U.S.C. § 1132(a)(3), including and declaratory relief , and may seek removal of any fiduciary that breached its duties.

## COUNT IV

## DECLARATORY RELIEF INTERPRETING UHC'S
## REIMBURSEMENT OBLIGATIONS

122.    The allegations in paragraph 1 through 97, above, are reasserted and incorporated by reference as if fully set forth herein.

123.    Lieberman and Class members are in need of an entitled to a declaration of their rights and UHC's reimbursement obligations under the plan pursuant to 28 U.S.C. §2201.

124.    There is an actual controversy within this Court's jurisdiction and Lieberman and Class members are not seeking a mere advisory opinion.

125.    Due to UHC's ambiguous, misleading, opaque, deceptive, and internally contradictory language included within the Plan, there is actual confusion over UHC's reimbursement methodology used to determine Non-par provider reimbursement.

126.    Due to the above alleged misleading deceptive language of the plan, the Court should declare that UHC is obligated to pay at a minimum, the greater of the four (4) factors set forth on page 85 of the Policy.

127.    Due to UHC's failure to state that it would pay the lesser of the four (4) factors used to determine eligible expenses, the Court should declare that UHC is obligated to pay at a minimum, the greater of the four (4) factors set forth on page 85 of the Policy.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff and Class Members demand judgment in their favor against UHC as follows:

A.    Certifying the ERISA Class as set forth in this Complaint, and appointing Lieberman as Class representatives for the ERISA Class;

B. Finding that UHC breached the terms of Plaintiff's and Class members' health plans, and awarding damages for unpaid benefits and interest to Plaintiff and Class members, as well as awarding declaratory relief with respect to UHC's violations of ERISA;

C. Finding UHC has acted as a fiduciary and violated its fiduciary obligation in ASO plans and must pay unpaid benefits and interest to such members;

D. Declaring that UHC must recalculate deductible and out-of-pocket maximums (along with affected payment amounts) to remedy benefits it underpaid in the first instance;

E. Declaring that UHC has failed to provide a "full and fair review" to Plaintiff and Class members under § 503 of ERISA, 29 U.S.C. § 1133, for which Plaintiff and Class Members are entitled to relief including declaratory relief with respect to UHC's violations of ERISA;

F. Declaring that UHC has violated its disclosure obligations under ERISA and the federal common law, including under § 104(b)(4) of ERISA, 29 U.S.C. § 1024(b)(4), and § 102 of ERISA, 29 U.S.C. § 1022, for which Plaintiff and Class members are entitled to relief including declaratory relief;

G. Declaring that UHC violated its fiduciary duties of loyalty and care to Plaintiff and Class members requiring relief including restitution, lost profits and removal as a fiduciary;

H. Declaring that UHC violated federal claims procedures and SPD disclosure requirements under ERISA;

I. Awarding Plaintiff and Class members declaratory and monetary relief together with the costs and disbursements of this action, including reasonable counsel fees, costs and expenses in amounts to be determined by the Court;

J. Awarding prejudgment interest; and

K. Granting such other and further relief as is just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial for all claims so triable.

Dated:  July 17, 2009

Respectfully submitted,

David L. Ferguson, Esq.
KOPELOWITZ OSTROW (KO)
Ferguson Weiselberg Keechl
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, FL 33301
(954) 525-4100/Tel.
(954) 525-4300/Fax

By: _____
    David L. Ferguson, Esq.
    Florida Bar No. 981737

Lawrence M. Kopelman, Esq.
KOPELMAN & BLANKMAN, PA
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, Florida  33301
(954) 462-6855/Tel.
(954) 462-6899/Fax

By:    /s/ *Lawrence M. Kopelman*
    _____
    Lawrence M. Kopelman, Esq.
    Florida Bar No. 288845

Julia W. Allison, Esq.
Law Offices of Julie W. Allison, P.A.
1814 N.E. Miami Gardens Drive, #801
Miami, FL 33179
(305) 428-3093/Tel.
(305) 397-2211/Fax

By:    /s/ *Julie W. Allison*
    _____
    Julie W. Allison, Esq.
    Florida Bar No. 678872

**Counsel For Plaintiffs**

# United HealthCare Insurance Company

## UnitedHealthcare
## Choice Plus

Certificate of Coverage, Riders, Amendments, and Notices

for

**DONNA KLEIN JEWISH ACADEMY**

**Group Number:** GA6R7009NM **Health Plan:** NL – G **Prescription Code:** H9
**Effective Date:** June 1, 2007

Offered and Underwritten by
United HealthCare Insurance Company

**EXHIBIT**

A

Riders, Amendments, and Notices

begin immediately following the last page of the Certificate of Coverage

# United HealthCare Insurance Company

## UnitedHealthcare Choice Plus

### Certificate of Coverage

**This Certificate contains an annual deductible.**

Contact Customer Service at (800)-357-0978 for benefit inquiries or to file a compliant

*President*

United HealthCare Insurance Company

TOCP.01.02.1.FL.KA

i

# Certificate of Coverage
## Table of Contents

### Certificate of Coverage

Certificate is Part of Group Policy ............................................. 1
Changes to the Document ................................................... 1
Other Information You Should Have ......................................... 1

### Introduction to Your Certificate

How to Use this Document ................................................... 2
Information about Defined Terms ............................................ 2
Your Contribution to the Required Premiums .............................. 2
Don t Hesitate to Contact Us ................................................ 2

### Section 1: What's Covered–Benefits

Accessing Benefits .......................................................... 3
Copayment .................................................................. 4
Eligible Expenses ........................................................... 4
Notification Requirements ................................................... 4
Payment Information ........................................................ 5
Annual Deductible .......................................................... 5
Out-of-Pocket Maximum ..................................................... 5
Maximum Policy Benefit ..................................................... 5
Benefit Information ......................................................... 6
1. Ambulance Services - Emergency only .................................... 6

2. Bones or Joints of the Jaw and Facial Region ........................... 7
3. Child Health Supervision Services ...................................... 7
4. Cleft Lip/Cleft Palate Treatment ....................................... 8
5. Dental Services - Accident only ........................................ 9
6. Dental Services - Anesthesia and Hospitalization ...................... 10
7. Diabetes Treatment ..................................................... 11
8. Durable Medical Equipment ............................................. 12
9. Emergency Health Services ............................................. 14
10. Eye Examinations ..................................................... 15
11. Home Health Care ..................................................... 15
12. Hospice Care .......................................................... 17
13. Hospital - Inpatient Stay ............................................. 17
14. Injections received in a Physician's Office .......................... 18
15. Mammography .......................................................... 19
16. Mastectomy ............................................................ 20
17. Maternity Services .................................................... 21
18. Mental Health and Substance Abuse Services - Outpatient .............. 22
19. Mental Health and Substance Abuse Services - Inpatient and Intermediate ............................................................ 24
20. Osteoporosis Treatment ................................................ 25
21. Outpatient Surgery, Diagnostic and Therapeutic Services ............. 26
22. Physician's Office Services ........................................... 28
23. Prescription and Non-prescription Enteral Formulas .................. 29
24. Professional Fees for Surgical and Medical Services .................. 30
25. Prosthetic Devices .................................................... 30
26. Reconstructive Procedures ............................................. 31
27. Rehabilitation Services - Outpatient Therapy ......................... 33

*To continue reading go to right column on this page*

*To continue reading go to left column on next page*

28. Skilled Nursing Facility/Inpatient
   Rehabilitation Facility Services ............ 34
29. Spinal Treatment ............ 35
30. Transplantation Services ............ 35
31. Urgent Care Center Services ............ 38

## Section 2: What's Not Covered--Exclusions

How We Use Headings in this Section ............ 39
We Do not Pay Benefits for Exclusions. ............ 39
A. Alternative Treatments ............ 39
B. Comfort or Convenience ............ 39
C. Dental ............ 40
D. Drugs ............ 40
E. Experimental, Investigational or Unproven Services ............ 40
F. Foot Care ............ 41
G. Medical Supplies and Appliances ............ 41
H. Mental Health/Substance Abuse ............ 41
I. Nutrition ............ 42
J. Physical Appearance ............ 42
K. Providers ............ 42
L. Reproduction ............ 43
M. Services Provided under Another Plan ............ 43
N. Transplants ............ 43
O. Travel ............ 43
P. Vision and Hearing ............ 43
Q. All Other Exclusions ............ 44

## Section 3: Description of Network and Non-Network Benefits

Network Benefits ............ 46
Non-Network Benefits ............ 48
Emergency Health Services ............ 50

## Section 4: When Coverage Begins

How to Enroll ............ 51
If You Are Hospitalized When Your Coverage Begins ............ 51
Who is Eligible for Coverage ............ 52
Eligible Person ............ 52
Dependent ............ 52
When to Enroll and When Coverage Begins ............ 54
Initial Enrollment Period ............ 54
Open Enrollment Period ............ 54
New Eligible Persons ............ 54
Adding New Dependents ............ 55
Special Enrollment Period ............ 56

## Section 5: How to File a Claim

If You Receive Covered Health Services
   from a Network Provider ............ 58
If You Receive Covered Health Services from
   a Non-Network Provider ............ 58

## Section 6: Questions, Complaints, Appeals

What to Do First ............ 60
What to Do Next ............ 60
What to Do if You Disagree with Our Decision ............ 60
What to Do if Your Complaint Requires Immediate
   Action ............ 61
Voluntary External Review Program ............ 61

*To continue reading go to right column on this page*

*To continue reading go to left column on next page*

## Section 7: Coordination of Benefits

Benefits When You Have Coverage under More than One Plan 62
When Coordination of Benefits Applies ........................................ 62
Definitions ........................................................................................ 62
Order of Benefit Determination Rules .......................................... 64
Effect on the Benefits of this Plan ................................................ 65
Right to Receive and Release Needed Information ...................... 66
Payments Made ............................................................................... 66
Right of Recovery .......................................................................... 67

## Section 8: When Coverage Ends

General Information about When Coverage Ends ......................... 68
Events Ending Your Coverage ....................................................... 69
The Entire Group Policy Ends ....................................................... 69
You Are No Longer Eligible ........................................................... 69
We Receive Notice to End Coverage ............................................ 69
Subscriber Retires or Is Pensioned ............................................... 70
Other Events Ending Your Coverage ............................................ 71
Fraud, Misrepresentation or False Information ............................ 71
Material Violation ........................................................................... 71
Improper Use of ID Card ............................................................... 71
Coverage for a Handicapped Child ............................................... 72
Extended Coverage for Total Disability ....................................... 72
Extended Coverage for Pregnancy ................................................ 72
Continuation of Coverage and Conversion .................................. 72
Continuation Coverage under Federal Law (COBRA) ................ 73
Qualifying Events for Continuation Coverage
under Federal Law (COBRA) ................................................... 73

*To continue reading go to right column on this page*

iv

Notification Requirements and Election Period for
Continuation Coverage under Federal Law (COBRA) .......... 73
Terminating Events for Continuation Coverage
under Federal Law (COBRA) ................................................... 74

## Section 9: General Legal Provisions

Your Relationship with Us ............................................................. 76
Our Relationship with Providers and Enrolling Groups .............. 76
Your Relationship with Providers and Enrolling Groups ............ 77
Notice .............................................................................................. 77
Statements by Enrolling Group or Subscriber .............................. 77
Incentives to Providers ................................................................... 78
Incentives to You ............................................................................ 78
Interpretation of Benefits ............................................................... 78
Replacement Situations ................................................................... 78
Administrative Services .................................................................. 78
Amendments to the Policy .............................................................. 79
Clerical Error ................................................................................... 79
Information and Records ................................................................. 79
Examination of Covered Persons ................................................... 80
Workers' Compensation not Affected ........................................... 80
Subrogation and Reimbursement ................................................... 80
Refund of Overpayments ................................................................ 81
Limitation of Action ....................................................................... 81
Entire Policy .................................................................................... 82

## Section 10: Glossary of Defined Terms ...... 83

*To continue reading go to left column on next page*

# Certificate of Coverage

**United HealthCare Insurance Company**
**UnitedHealthcare Choice Plus**

## Certificate is Part of Group Policy

This Certificate of Coverage is part of the group Policy that is a legal document between United HealthCare Insurance Company and the Enrolling Group to provide Benefits to Covered Persons, subject to the terms, conditions, exclusions and limitations of the Policy. We issue the Policy based on the Enrolling Group's application and payment of the required Policy Charges.

In addition to this Certificate the Policy includes:

- The Enrolling Group's application.

- Any Amendments and Riders.

You can review the Policy at the office of the Enrolling Group during regular business hours.

## Changes to the Document

We may from time to time modify this Certificate by attaching legal documents called Riders and/or Amendments that may change certain provisions of the Certificate. When that happens we will send you a new Certificate, Rider or Amendment pages.

No one can make any changes to the Policy unless those changes are in writing.

*To continue reading go to right column on this page*

## Other Information You Should Have

Only we have the right to change, interpret, modify, withdraw or add Benefits, or to terminate the Policy, as permitted by law, without your approval.

This Certificate describes Benefits in effect as of June 1, 2007 for DONNA KLEIN JEWISH ACADEMY .

On its effective date this Certificate replaces and overrules any Certificate that we may have previously issued to you. This Certificate will in turn be overruled by any Certificate we issue to you in the future.

The Policy will take effect on the date specified in the group Policy. Coverage under the Policy will begin at 12:01 a.m. and end at 12:00 midnight in the time zone of the Enrolling Group's location. The Policy will remain in effect as long as the Policy Charges are paid when they are due, subject to termination of the Policy.

We are delivering the Policy in the State of Florida. The Policy is governed by ERISA unless the Enrolling Group is not an employee welfare benefit plan as defined by ERISA. To the extent that state law applies, the laws of the State of Florida are the laws that govern the Policy.

*To continue reading go to left column on next page*

(Certificate of Coverage)

# Introduction to Your Certificate

We are pleased to provide you with this Certificate of Coverage. This Certificate and the other Policy documents describe your Benefits, as well as your rights and responsibilities, under the Policy.

## How to Use this Document

*We encourage you to read your Certificate and any attached Riders and/or Amendments carefully.*

We especially encourage you to review the Benefit limitations of this Certificate by reading (Section 1: What's Covered--Benefits) and (Section 2: What's Not Covered--Exclusions). You should also carefully read (Section 9: General Legal Provisions) to better understand how this Certificate and your Benefits work. You should call us if you have questions about the limits of the coverage available to you.

Many of the sections of the Certificate are related to other sections of the document. You may not have all of the information you need by reading just one section. We also encourage you to keep your Certificate and any attachments in a safe place for your future reference.

Please be aware that your Physician does not have a copy of your Certificate of Coverage, and is not responsible for knowing or communicating your Benefits.

## Information about Defined Terms

Because this Certificate is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in (Section 10: Glossary of Defined Terms). You can refer to Section 10 as you read this document to have a clearer understanding of your Certificate.

When we use the words "we," "us," and "our" in this document, we are referring to United HealthCare Insurance Company. When we use the words "you" and "your" we are referring to people who are Covered Persons as the term is defined in (Section 10: Glossary of Defined Terms).

## Your Contribution to the Required Premiums

The Policy may require the Subscriber to contribute to the required Premiums. You can contact your Enrolling Group for information about any part of the Premium cost you are responsible for paying.

## Don't Hesitate to Contact Us

Throughout the document you will find statements that encourage you to contact us for further information. Whenever you have a question or concern regarding your Benefits, please call us using the telephone number for Customer Service listed on your ID card. It will be our pleasure to assist you.

*To continue reading go to right column on this page*

*To continue reading go to left column on next page*

*To continue reading go to right column on this page*

# Section 1: What's Covered--Benefits

This section provides you with information about:

- Accessing Benefits.

- Copayments and Eligible Expenses.

- Annual Deductible, Out-of-Pocket Maximum and Maximum Policy Benefit.

- Covered Health Services. We pay Benefits for the Covered Health Services described in this section unless they are listed as not covered in (Section 2: What's Not Covered — Exclusions).

- Covered Health Services that require you or your provider to notify us before you receive them. In general, Network providers are responsible for notifying us before they provide certain health services to you. You are responsible for notifying us before you receive certain health services from a non-Network provider.

## Accessing Benefits

You can choose to receive either Network Benefits or Non-Network Benefits. In most cases, you must see a Network Physician or other Network provider to obtain Network Benefits. For facility services, Network Benefits apply to Covered Health Services that are provided at a Network facility under the direction of either a Network or non-Network Physician or other provider.

You must show your identification card (ID card) every time you request health care services from a Network provider. If you do not show your ID card, Network providers have no way of knowing that you are enrolled under a UnitedHealthcare Policy. As a result, they may bill you for the entire cost of the services you receive. For details about when Network Benefits apply, see (Section 3: Description of Network and Non-Network Benefits).

Benefits are available only if all of the following are true:

- Covered Health Services are received while the group Policy is in effect.

- Covered Health Services are received prior to the date that any of the individual termination conditions listed in (Section 8: When Coverage Ends) occurs.

- The person who receives Covered Health Services is a Covered Person and meets all eligibility requirements specified in the Policy.

Depending on the geographic area and the service you receive, you may have access through our Shared Savings Program to non-Network providers who have agreed to discount their charges for Covered Health Services. If you receive Covered Health Services from these providers, and if your Copayment is expressed as a percentage of Eligible Expenses for Non-Network Benefits, that percentage will remain the same as it is when you receive Covered Health Services from non-Network providers who have not agreed to discount their charges; however, the total that you owe may be less when you receive Covered

*To continue reading go to left column on next page*

Health Services from Shared Savings Program providers than from other non-Network providers, because the Eligible Expense may be a lesser amount.

## Copayment

Copayment is the amount you pay each time you receive certain Covered Health Services. For a complete definition of Copayment, see (Section 10: Glossary of Defined Terms). Copayment amounts are listed on the following pages next to the description for each Covered Health Service. Please note that when Copayments are calculated as a percentage (rather than as a set dollar amount) the percentage is based on Eligible Expenses.

## Eligible Expenses

Eligible Expenses are the amount we determine that we will pay for Benefits. For a complete definition of Eligible Expenses that describes how we determine payment, see (Section 10: Glossary of Defined Terms). For Network Benefits, you are not responsible for any difference between the Eligible Expenses and the amount the provider bills. For Non-Network Benefits, you are responsible for paying, directly to the non-Network provider, any difference between the amount the provider bills you and the amount we will pay for Eligible Expenses.

## Notification Requirements

We require notification before you receive certain Covered Health Services. In general, Network providers are responsible for notifying us before they provide these services to you. There are some Network Benefits, however, for which you are responsible for notifying us.

*When you choose to receive certain health services from non-Network providers, you are responsible for notifying us before you receive these services.*

*To continue reading go to right column on this page*

4

Services for which you must provide prior notification appear in this section under the *Must You Notify Us?* column in the table labeled *Benefit Information.*

To notify us, call the telephone number on your ID card for Customer Service.

When you choose to receive services from non-Network providers, we urge you to confirm with us that the services you plan to receive are Covered Health Services, even if not indicated in the *Must You Notify Us?* column. That's because in some instances, certain procedures may not meet the definition of a Covered Health Service and therefore are excluded. In other instances, the same procedure may meet the definition of Covered Health Services. By calling before you receive treatment, you can check to see if the service is subject to limitations or exclusions such as:

- The Cosmetic Procedures exclusion. Examples of procedures that may or may not be considered Cosmetic include: breast reduction and reconstruction (except for after cancer surgery when it is always considered a Covered Health Service); vein stripping, ligation and sclerotherapy; and upper lid blepharoplasty.

- The Experimental, Investigational or Unproven Services exclusion.

- Any other contract limitation or exclusion.

*Special Note Regarding Medicare*

If you are enrolled for Medicare on a primary basis (Medicare pays before we pay Benefits under the Policy), the notification requirements described in this Certificate of Coverage do not apply to you. Since Medicare is the primary payer, we will pay as secondary payer as described in (Section 7: Coordination of Benefits). You are not required to notify us before receiving Covered Health Services.

*To continue reading go to left column on next page*

(Section 1: What's Covered—Benefits)

# Payment Information

| Payment Term | Description | Amounts |
|---|---|---|
| **Annual Deductible** | The amount you pay for Covered Health Services before you are eligible to receive Benefits. For a complete definition of Annual Deductible, see (Section 10: Glossary of Defined Terms). | *Network*<br>$250 per Covered Person per calendar year, not to exceed $500 for all Covered Persons in a family.<br><br>*Non-Network*<br>$500 per Covered Person per calendar year, not to exceed $1,000 for all Covered Persons in a family. |
| **Out-of-Pocket Maximum** | The maximum you pay, out of your pocket, in a calendar year for Copayments. For a complete definition of Out-of-Pocket Maximum, see (Section 10: Glossary of Defined Terms). | *Network*<br>No Out-of-Pocket Maximum<br><br>*Non-Network*<br>$2,500 per Covered Person per calendar year, not to exceed $5,000 for all Covered Persons in a family.<br><br>Out-of-Pocket Maximum does not include the Annual Deductible. |
| **Maximum Policy Benefit** | The maximum amount we will pay for Non-Network Benefits during the entire period of time you are enrolled under the Policy. For a complete definition of Maximum Policy Benefit, see (Section 10: Glossary of Defined Terms). | *Network*<br>No Maximum Policy Benefit<br><br>*Non-Network*<br>$1,000,000 per Covered Person. |

(Section 1: What's Covered—Benefits)

# Benefit Information

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Annual Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| **1. Ambulance Services – Emergency only**<br><br>Emergency ambulance transportation by a licensed ambulance service to the nearest Hospital where Emergency Health Services can be performed, including transportation costs of a newborn to and from the nearest appropriate facility to treat the newborn's condition up to a maximum of $1,000 per transport. The attending Physician must certify that the transportation is necessary to protect the health and safety of the newborn. | *Network*<br>No<br><br>*Non-Network*<br>No | *Ground Transportation:*<br>0%<br><br>*Air Transportation:*<br>0%<br><br>Same as Network | No<br><br>Same as Network | Yes<br><br>Same as Network |

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| **2. Bones or Joints of the Jaw and Facial Region**<br><br>Health Services for diagnostic and surgical procedures involving bones or joints of the jaw and facial region to treat conditions caused by congenital or developmental deformity, Sickness or Injury.<br><br>**Note:** Covered Health Services do not include care or treatment of the teeth or gums, intraoral prosthetic devices or surgical procedures for cosmetic purposes.<br><br>**Notify Us**<br>Please remember that for Non-Network Benefits you must notify us five business days before receiving services. If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses. | *Network*<br><br>No<br><br><br>*Non-Network*<br><br>Yes | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, and Outpatient Surgery, Diagnostic and Therapeutic Services.<br><br><br><br>20% | <br><br><br><br><br><br><br><br>Yes | <br><br><br><br><br><br><br><br>Yes |
| **3. Child Health Supervision Services**<br><br>Benefits from the moment of birth to age 16 for periodic visits including medical history, physical examinations, developmental assessments and anticipatory guidance, and appropriate immunizations and laboratory tests. Such services and periodic visits shall be provided in accordance with prevailing medical standards consistent with the Recommendations for Preventive Pediatric Health Care of the American Academy of Pediatrics. | *Network*<br><br>No | Same as Physician's Office Services, Professional Fees, Outpatient Surgery, Diagnostic and Therapeutic Services and Rehabilitation Services-Outpatient Therapy. | | |

7

(Section 1: What's Covered—Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

Benefits are limited to one visit payable to one provider for all of the services provided at each visit.

Note: these Benefits are not subject to the Annual Deductible.

| | *Non-Network* | | | |
|---|---|---|---|---|
| | No | Same as Physician's Office Services, Professional Fees, Outpatient Surgery, Diagnostic and Therapeutic Services and Rehabilitation Services-Outpatient Therapy. | | |

## 4. Cleft Lip/Cleft Palate Treatment

| | *Network* | | | |
|---|---|---|---|---|

Benefits for the treatment of cleft lip and cleft palate for any Covered Person under the age of 18. This includes medical, dental, speech therapy, audiology and nutritional Covered Health Services under the direction of a Physician.

| | No | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, Outpatient Surgery, Diagnostic and Therapeutic Services and Rehabilitation Services-Outpatient Therapy. | | |

| | *Non-Network* | | | |
|---|---|---|---|---|
| | Yes | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, Outpatient Surgery, Diagnostic and Therapeutic Services and Rehabilitation Services-Outpatient Therapy. | | |

**Notify Us**

Please remember that for Non-Network Benefits you must notify us five business days before receiving services. If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses.

## 5. Dental Services – Accident only

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| | | *Network* | | |
| | | *Non-Network* | | |

Dental services when all of the following are true:

- Treatment is necessary because of accidental damage.

- Dental services are received from a Doctor of Dental Surgery, "D.D.S." or Doctor of Medical Dentistry, "D.M.D."

- The dental damage is severe enough that initial contact with a Physician or dentist occurred within 72 hours of the accident.

Benefits are available only for treatment of a sound, natural tooth. The Physician or dentist must certify that the injured tooth was:

- A virgin or unrestored tooth, or

- A tooth that has no decay, no filling on more than two surfaces, no gum disease associated with bone loss, no root canal therapy, is not a dental implant and functions normally in chewing and speech.

Dental services for final treatment to repair the damage must be both of the following:

- Started within three months of the accident.

- Completed within 12 months of the accident.

Please note that dental damage that occurs as a result of normal activities of daily living or extraordinary use of the teeth is not considered an "accident". Benefits are not available for repairs to teeth that are injured as a result of such activities.

| | Yes | 0% | No | Yes |
| | | Same as Network | Same as Network | Same as Network |

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

**Notify Us**

Please remember that you must notify us as soon as possible, but at least five business days before follow-up (post–Emergency) treatment begins. (You do not have to notify us before the initial Emergency treatment.) If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses.

## 6. Dental Services – Anesthesia and Hospitalization

*Network*

Covered Health Services includes hospitalization expenses and anesthesia in a Hospital or Alternate Facility for dental conditions likely to result in a medical condition if left untreated. Treatment is limited to a Covered Person who:

- Is under 8 years of age and is determined by a dentist and a Network Physician to require dental treatment in a Hospital or Alternate Facility due to a complex dental condition or a developmental disability that prevents effective treatment in a dental office; or

- Has one or more medical conditions that would create undue medical risk if dental treatment were rendered in a dental

No

Same as Professional Fees, Hospital-Inpatient Stay, and Outpatient Surgery, Diagnostic and Therapeutic Services.

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Annual Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

Coverage does not include expenses for the diagnosis and treatment of dental disease.

**Notify Us**

Please remember that for Non-Network Benefits you must notify us five business days before receiving services. If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses.

# 7. Diabetes Treatment

Covered Health Services includes diabetes equipment, supplies and diabetes self-management training and educational programs when provided by or under the direction of a Physician.

Diabetes self-management training includes training provided to a Covered Person after the initial diagnosis in the care and management of that condition, including nutritional counseling and proper use of diabetes equipment and supplies.

| | | | | |
|---|---|---|---|---|
| *Network* | No | Same as Physician's Office Services, Professional Fees, Outpatient Surgery, Diagnostic and Therapeutic Services and Durable Medical Equipment. | | |
| *Non-Network* | No | Same as Physician's Office Services, Professional Fees, Outpatient Surgery, Diagnostic and Therapeutic Services and Durable Medical Equipment. | | |

office.

| | *Non-Network* | Yes | Same as Professional Fees, Hospital-Inpatient Stay, and Outpatient Surgery, Diagnostic and Therapeutic Services. | | |
|---|---|---|---|---|---|

(Section 1: What's Covered—Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| **8. Durable Medical Equipment** | | | | |
| Durable Medical Equipment that meets each of the following criteria: | | | | |
| • Ordered or provided by a Physician for outpatient use. | | | | |
| • Used for medical purposes. | | | | |
| • Not consumable or disposable. | | | | |
| • Not of use to a person in the absence of a disease or disability. | | | | |
| If more than one piece of Durable Medical Equipment can meet your functional needs, Benefits are available only for the most cost-effective piece of equipment. | | | | |
| Examples of Durable Medical Equipment include: | | | | |
| • Equipment to assist mobility, such as a standard wheelchair. | | | | |
| • A standard Hospital-type bed. | | | | |
| • Oxygen and the rental of equipment to administer oxygen (including tubing, connectors and masks). | | | | |
| • Delivery pumps for tube feedings (including tubing and connectors). | | | | |
| • Braces, including necessary adjustments to shoes to accommodate braces. Braces that stabilize an Injured body part and braces to treat curvature of the spine are considered Durable Medical Equipment and are a Covered Health Service. Braces that straighten or change the shape of a body part are orthotic devices, and are excluded from coverage. Dental | | | | |
| *Network* | No | 0% | No | Yes |
| *Non-Network* | Yes, for items more than $1,000 | 20% | Yes | Yes |

12       (Section 1: What's Covered—Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

braces are also excluded from coverage.

- Mechanical equipment necessary for the treatment of chronic or acute respiratory failure (except that air-conditioners, humidifiers, dehumidifiers, air purifiers and filters, and personal comfort items are excluded from coverage).

We provide Benefits only for a single purchase (including repair/replacement) of a type of Durable Medical Equipment once every three calendar years.

We will decide if the equipment should be purchased or rented. To receive Network Benefits, you must purchase or rent the Durable Medical Equipment from the vendor we identify.

Any combination of Network and Non-Network Benefits for Durable Medical Equipment is limited to $2,500 per calendar year. This limit applies to the total amount that we will pay for the Durable Medical Equipment, and does not include any Copayment or Annual Deductible responsibility you may have. The calendar year limit shown above does not apply to Durable Medical Equipment classified as diabetic supplies or equipment and covered under Diabetes Treatment above.

### Notify Us

Please remember that for Non-Network Benefits you must notify us before obtaining any single item of Durable Medical Equipment that costs more than $1,000 (either purchase price or cumulative rental of a single item). If you don't notify us, you will be responsible for paying all charges and no Benefits will be paid.

13

(Section 1: What's Covered--Benefits)

# 9. Emergency Health Services

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| Services that are required to stabilize or initiate treatment in an Emergency. Emergency Health Services must be received on an outpatient basis at a Hospital or Alternate Facility. | *Network* | | | |
| | No | $100 per visit | No | No |
| You will find more information about Benefits for Emergency Health Services in (Section 3: Description of Network and Non-Network Benefits). | *Non-Network* | | | |
| | Yes, but only for an Inpatient Stay | Same as Network | Same as Network | Same as Network |

**Notify Us**

To ensure prompt and accurate payment of your claim as a Network Benefit, notify us within two business days or as soon as possible after you receive outpatient Emergency Health Services at a non-Network Hospital or Alternate Facility.

Please remember that if you are admitted to a non-Network Hospital as a result of an Emergency, you must notify us within one business day or the same day of admission, or as soon as reasonably possible.

If you don't notify us, Benefits for the Non-Network Hospital Inpatient Stay will be reduced to 50% of Eligible Expenses. Benefits will not be reduced for the outpatient Emergency Health Services.

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

## 10. Eye Examinations

Eye examinations received from a health care provider in the provider's office.

Benefits include one routine vision exam, including refraction, to detect vision impairment by a Network provider every other calendar year.

Please note that Benefits are not available for charges connected to the purchase or fitting of eyeglasses or contact lenses.

| | Must You Notify Us? | Your Copayment Amount | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| *Network* | No | $15 per visit | No | No |
| *Non-Network* | No | 20% | Yes | Yes |

## 11. Home Health Care

Services received from a Home Health Agency that are both of the following:

- Ordered by a Physician.

- Provided by or supervised by a registered nurse in your home.

Benefits are available only when the Home Health Agency services are provided on a part–time, intermittent schedule and when skilled care is required.

Skilled care is skilled nursing, skilled teaching, and skilled rehabilitation services when all of the following are true:

- It must be delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified

| | Must You Notify Us? | Your Copayment Amount | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| *Network* | No | 0% | No | Yes |
| *Non-Network* | Yes | 20% | Yes | Yes |

| Description of<br>Covered Health Service | Must You<br>Notify Us? | Your<br>Copayment<br>Amount<br>% Copayments are<br>based on a percent of<br>Eligible Expenses | Does<br>Copayment<br>Help Meet<br>Out-of-Pocket<br>Maximum? | Do You Need<br>to Meet<br>Annual<br>Deductible? |
|---|---|---|---|---|

medical outcome, and provide for the safety of the patient.

- It is ordered by a Physician.

- It is not delivered for the purpose of assisting with activities of daily living, including but not limited to dressing, feeding, bathing or transferring from a bed to a chair.

- It requires clinical training in order to be delivered safely and effectively.

- It is not Custodial Care.

We will decide if skilled care is required by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Any combination of Network and Non-Network Benefits is limited to 60 visits per calendar year. One visit equals four hours of skilled care services.

**Notify Us**

Please remember that for Non-Network Benefits you must notify us five business days before receiving services. If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses.

16

(Section 1: What's Covered—Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

## 12. Hospice Care

Hospice care that is recommended by a Physician. Hospice care is an integrated program that provides comfort and support services for the terminally ill. Hospice care includes physical, psychological, social and spiritual care for the terminally ill person, and short-term grief counseling for immediate family members. Benefits are available when hospice care is received from a licensed hospice agency.

| | | | | |
|---|---|---|---|---|
| *Network* | No | 0% | No | Yes |
| *Non-Network* | Yes | 20% | Yes | Yes |

Please contact us for more information regarding our guidelines for hospice care. You can contact us at the telephone number on your ID card.

Any combination of Network and Non-Network Benefits is limited to 360 days during the entire period of time you are covered under the Policy.

**Notify Us**

Please remember that for Non-Network Benefits you must notify us five business days before receiving services. If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses.

## 13. Hospital – Inpatient Stay

Inpatient Stay in a Hospital. Benefits are available for:

*Network*

| | | | | |
|---|---|---|---|---|
| | No | 0% | No | Yes |

- Supplies and non-Physician services received during the Inpatient Stay;

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| • Room and board in a Semi-private Room (a room with two or more beds).<br><br>Benefits for Physician services are described under *Professional Fees for Surgical and Medical Services*.<br><br>**Notify Us**<br>Please remember that for Non-Network Benefits you must notify us as follows:<br><br>• For elective admissions: five business days before admission.<br>• For non-elective admissions: within one business day or the same day of admission.<br>• For Emergency admissions: within one business day or the same day of admission, or as soon as is reasonably possible.<br><br>If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses. | *Non-Network*<br><br>Yes | *Non-Network*<br><br>20% | Yes | Yes |
| **14. Injections received in a Physician's Office**<br><br>Benefits are available for injections received in a Physician's office when no other health service is received, for example allergy immunotherapy. | *Network*<br>No<br><br>*Non-Network*<br>No | $15 per visit<br><br><br>20% per injection | No<br><br><br>Yes | No<br><br><br>Yes |

48 of 172

# 15. Mammography

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| | | % Copayments are based on a percent of Eligible Expenses | | |

Benefits under this section include:

*Network*

| | No | No Copayment | No | No |

* One baseline screening mammogram for women age 35-39;

* One baseline screening mammogram every two years, (or more frequently, based on the recommendation of the treating Physician), for women age 40-49

*Non-Network*

| | No | No Copayment | No | No |

* An annual screening mammogram for women age 50 and older; and

* One or more mammograms per year, based on the Covered Person's Physician's recommendation, for any woman who is at risk for breast cancer due to:

  - a personal or family history of breast cancer;

  - a history of biopsy-proven benign breast disease;

  - having a mother, sister or daughter who has had breast cancer; or

  - a woman not having given birth before the age of 30.

Except for mammograms done more frequently than every two years for women 40 years of age or older, but younger than 50 years of age. Benefits are payable when, with or without a prescription from a Physician, the Covered Person obtains a mammogram in a medical office, medical treatment facility or through a health testing service that uses radiological equipment registered with the Department of Health and Rehabilitative Services for breast cancer screening. Benefits are not subject to the

49 of 172

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount *% Copayments are based on a percent of Eligible Expenses* | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

Calendar Year Deductible and Coinsurance Percentage provisions, but are subject to all other terms and conditions applicable to other Benefits.

## 16. Mastectomy

Mastectomy means the removal of all or part of the breast for medical reasons as determined by a Physician. Benefits include Confinements for any period, determined by the treating Physician, in accordance with prevailing medical standards and after consultation with the Covered Person. Outpatient post surgical follow-up care is also Covered in accordance with prevailing medical standards by a licensed health care professional qualified to provide postsurgical mastectomy care. The treating Physician, after consultation with the Covered Person, may choose that the outpatient care be provided at the most appropriate setting, which may include a Hospital, Physician's office, outpatient center or home of the Covered Person.

*Network*

No — Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, and Outpatient Surgery, Diagnostic and Therapeutic Services.

*Non-Network*

Yes — Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, and Outpatient Surgery, Diagnostic and Therapeutic Services.

**Notify Us**

Please remember that for Non-Network Benefits you must notify us five business days before receiving services. If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses.

# 17. Maternity Services

| Description of<br>Covered Health Service | Must You<br>Notify Us? | Your<br>Copayment<br>Amount<br><br>% Copayments are<br>based on a percent of<br>Eligible Expenses | Does<br>Copayment<br>Help Meet<br>Out-of-Pocket<br>Maximum? | Do You Need<br>to Meet<br>Annual<br>Deductible? |
|---|---|---|---|---|
| Benefits for Pregnancy will be paid at the same level as Benefits for any other condition, Sickness or Injury. This includes all maternity-related medical services for prenatal care, postnatal care, delivery, and any related complications, provided by certified nurse-midwives and midwives licensed according to state law and licensed birthing centers. | ***Network***<br><br>No | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, and Outpatient Surgery, Diagnostic and Therapeutic Services. | | |
| Post delivery care includes a postpartum assessment and a newborn assessment. Post delivery care may be provided at a Hospital, an outpatient maternity center or in the home by a qualified licensed health care professional. | | | | |
| We also have special prenatal programs to help during Pregnancy. They are completely voluntary and there is no extra cost for participating in the program. To sign up, you should notify us during the first trimester, but no later than one month prior to the anticipated childbirth. | | No Copayment applies to Physician office visits for prenatal care after the first visit. | | |
| We will pay Benefits for an Inpatient Stay of at least:<br><br>• 48 hours for the mother and newborn child following a normal vaginal delivery.<br><br>• 96 hours for the mother and newborn child following a cesarean section delivery. | ***Non-Network***<br><br>Yes if Inpatient Stay exceeds time frames | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, and Outpatient Surgery, Diagnostic and Therapeutic Services. | | |

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

If the mother agrees, the attending provider may discharge the mother and/or the newborn child earlier than these minimum time frames.

**Notify Us**

Please remember that for Non-Network Benefits you must notify us as soon as reasonably possible if the Inpatient Stay for the mother and/or the newborn will be more than the time frames described. If you don't notify us that the Inpatient Stay will be extended, your Benefits for the extended stay will be reduced to 50% of Eligible Expenses.

## 18. Mental Health and Substance Abuse Services – Outpatient

Mental Health Services and Substance Abuse Services received on an outpatient basis in a provider's office or at an Alternate Facility, including:

- Mental health, substance abuse and chemical dependency evaluations and assessment.

- Diagnosis.

- Treatment planning.

| | *Network* | | |
|---|---|---|---|
| | You must call the Mental Health/ Substance Abuse Designee to receive the Benefits. | $15 per individual visit; $10 per group visit | No | No |

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| • Referral services. | | | | |
| • Medication management. | | | | |
| • Short-term individual, family and group therapeutic services (including intensive outpatient therapy). | | | | |
| • Crisis intervention. | | | | |
| For Network Benefits, referrals to a Mental Health/Substance Abuse provider are at the sole discretion of the Mental Health/Substance Abuse Designee, who is responsible for coordinating all of your care. Contact the Mental Health/Substance Abuse Designee regarding Network Benefits for outpatient Mental Health and Substance Abuse Services. | | | | |
| Any combination of Network and Non-Network Benefits for Mental Health Services and/or Substance Abuse Services is limited to 30 visits per calendar year. | *Non-Network* You must call the Mental Health/ Substance Abuse Designee to receive the Benefits. | 20% | Yes | Yes |
| **Authorization Required** Please remember that you must call and get authorization to receive these Benefits in advance of any treatment through the Mental Health/Substance Abuse Designee. The Mental Health/Substance Abuse Designee phone number appears on your ID card. | | | | |
| Without authorization, you will be responsible for paying all charges and no Benefits will be paid. | | | | |

# 19. Mental Health and Substance Abuse Services - Inpatient and Intermediate

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Annual Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| Mental Health Services and Substance Abuse Services received on an inpatient or intermediate care basis in a Hospital or an Alternate Facility. Benefits include detoxification from abusive chemicals or substances that is limited to physical detoxification when necessary to protect your physical health and well-being.<br><br>The Mental Health/Substance Abuse Designee, who will authorize the services, will determine the appropriate setting for the treatment. If an Inpatient Stay is required, it is covered on a Semi-private Room basis. At the discretion of the Mental Health/Substance Abuse Designee, two sessions of intermediate care (such as partial hospitalization) may be substituted for one inpatient day.<br><br>Network Benefits for Mental Health Services and Substance Abuse Services must be provided by or under the direction of the Mental Health/Substance Abuse Designee. For Network Benefits, referrals to a Mental Health/Substance Abuse provider are at the sole discretion of the Mental Health/Substance Abuse Designee, who is responsible for coordinating all of your care. Contact the Mental Health/Substance Abuse Designee regarding Benefits for inpatient/intermediate Mental Health Services and Substance Abuse Services. | *Network*<br><br>You must call the Mental Health/Substance Abuse Designee to receive the Benefits.<br><br><br><br>*Non-Network*<br><br>You must call the Mental Health/Substance Abuse Designee to receive the Benefits. | 0%<br><br><br><br><br><br><br><br><br><br><br>20% | No<br><br><br><br><br><br><br><br><br><br><br>Yes | Yes<br><br><br><br><br><br><br><br><br><br><br>Yes |

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

Any combination of Network and Non-Network Benefits for Mental Health Services and/or Substance Abuse Services is limited to 30 days per calendar year.

**Authorization Required**

Please remember that you must call and get authorization to receive these Benefits in advance of any treatment through the Mental Health/Substance Abuse Designee. The Mental Health/Substance Abuse Designee phone number appears on your ID card.

Without authorization, you will be responsible for paying all charges and no Benefits will be paid.

## 20. Osteoporosis Treatment

Benefits include services related to diagnosis, treatment, and appropriate management of osteoporosis for high-risk individuals. Covered Health Services include, but are not limited to, all Food and Drug Administration-approved technologies, including bone mass measurement as recommended by the Physician.

| | *Network* | | |
| | No | Same as Physician's Office Services, Professional Fees, and Outpatient Surgery, Diagnostic and Therapeutic Services. | |
| | *Non-Network* | | |
| | No | Same as Physician's Office Services, Professional Fees, and Outpatient Surgery, Diagnostic and Therapeutic Services. | |

# 21. Outpatient Surgery, Diagnostic and Therapeutic Services

## Outpatient Surgery

Covered Health Services for surgery and related services received on an outpatient basis at a Hospital or Alternate Facility.

Benefits under this section include only the facility charge and the charge for required Hospital-based professional services, supplies and equipment. Benefits for the surgeons fees related to outpatient surgery are described under *Professional Fees for Surgical and Medical Services*.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services* below.

## Outpatient Diagnostic Services

Covered Health Services received on an outpatient basis at a Hospital or Alternate Facility including lab and radiology/X-ray.

Benefits under this section include the facility charge, and the charge for required services, supplies and equipment, and all related professional fees.

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet to Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| | *Network* | | | |
| | No | 0% | No | Yes |
| | *Non-Network* | | | |
| | No | 20% | Yes | Yes |
| | *Network* | *For lab and radiology/ Xray:* | | |
| | No | No Copayment | No | No |

26

(Section 1: What's Covered--Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services* below. | *Non-Network* | | | |
| This section does not include Benefits for CT scans, Pet scans, MRIs, or nuclear medicine, which are described immediately below. | No | 20% | Yes | Yes |
| *Outpatient Diagnostic/Therapeutic Services - CT Scans, Pet Scans, MRI and Nuclear Medicine* | *Network* | | | |
| Covered Health Services for CT scans, Pet scans, MRI, and nuclear medicine received on an outpatient basis at a Hospital or Alternate Facility. | No | 0% | No | Yes |
| | *Non-Network* | | | |
| Benefits under this section include the facility charge, and the charge for required services, supplies and equipment, and all related professional fees. | No | 20% | Yes | Yes |
| *Outpatient Therapeutic Treatments* | *Network* | | | |
| Covered Health Services for therapeutic treatments received on an outpatient basis at a Hospital or Alternate Facility, including dialysis, intravenous chemotherapy or other intravenous infusion therapy, and other treatments not listed above. | No | 0% | No | Yes |
| | *Non-Network* | | | |
| Benefits under this section include the facility charge, and the charge for required services, supplies and equipment, and all | No | 20% | Yes | Yes |

27

(Section 1: What's Covered--Benefits)

related professional fees.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services* below.

## 22. Physician's Office Services

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| **Covered Health Services for preventive medical care.**<br><br>Preventive medical care includes:<br><br>• Voluntary family planning.<br><br>• Well-baby and well-child care.<br><br>• Routine physical examinations.<br><br>• Vision and hearing screenings. (Vision screenings do not include refractive examinations to detect vision impairment. See *Eye Examinations* earlier in this section.)<br><br>• Immunizations. | *Network*<br>No<br><br>*Non-Network*<br>Non-Network Benefits are not available, except for Child Health Supervision Services. | *Network*<br>$15 per visit<br>No Copayment applies when no Physician charge is assessed.<br><br>*Non-Network*<br>Non-Network Benefits are not available, except for Child Health Supervision Services. | No<br><br>Non-Network Benefits are not available, except for Child Health Supervision Services. | No<br><br>Non-Network Benefits are not available, except for Child Health Supervision Services. |

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| Covered Health Services for the diagnosis and treatment of a Sickness or Injury. | *Network*<br>No | $15 per visit<br>No Copayment applies when no Physician charge is assessed. | No | No |
| | *Non-Network*<br>No | 20% | Yes | Yes |

## 23. Prescription and Non-prescription Enteral Formulas

Coverage includes prescription and nonprescription enteral formulas for home use when prescribed or recommended by a Physician for the treatment of inherited diseases of amino acid, organic acid, carbohydrate, or fat metabolism as well as malabsorption originating from congenital defects present at birth or acquired during the neonatal period. Coverage for inherited diseases of amino acids and organic acids shall include food products modified to be low protein, in an amount not to exceed $2,500 per calendar year for any Covered Person, through the age of 24. Any limitation or exclusion for Preexisting Conditions does not apply to this Benefit.

| | Must You Notify Us? | Your Copayment Amount | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| *Network* | No | 0% | No | Yes |
| *Non-Network* | No | 20% | Yes | Yes |

## 24. Professional Fees for Surgical and Medical Services

Professional fees for surgical procedures and other medical care received in a Hospital, Skilled Nursing Facility, Inpatient Rehabilitation Facility or Alternate Facility, or for Physician house calls.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services* above.

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| | *Network* | | | |
| | No | 0% | No | Yes |
| | *Non-Network* | | | |
| | No | 20% | Yes | Yes |

## 25. Prosthetic Devices

External prosthetic devices that replace a limb or an external body part, limited to:

- Artificial arms, legs, feet and hands.
- Artificial eyes, ears and noses.
- Breast prosthesis as required by the Women's Health and Cancer Rights Act of 1998. Benefits include mastectomy bras and lymphedema stockings for the arm.

If more than one prosthetic device can meet your functional needs, Benefits are available only for the most cost-effective prosthetic device.

The prosthetic device must be ordered or provided by, or under the direction of a Physician. Except for items required by the

| | *Network* | | | |
|---|---|---|---|---|
| | No | 0% | No | Yes |
| | *Non-Network* | | | |
| | No | 20% | Yes | Yes |